**No. 44530.**—Protest 18350–K of D. & L. Slade Co. (Boston).

Opinion by Evans, J. It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44531.**—Protests 30445–K, etc., of American Spice Mills, Inc., et al. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44532.**—Protests 35939–K, etc., of Chas. T. Wilson Co., Inc., et al. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44533.**—Protests 922377–G, etc., of Knickerbocker Mills Co. et al. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44534.**—Protests 926590–G, etc., of Parrish Bros., Inc. (Baltimore).

Opinion by Evans, J. It was stipulated that the merchandise consists of dried ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 44535.**—Protests 942643–G, etc., of R. T. French Co. et al. (Philadelphia).

Opinion by Evans, J. It was stipulated that the merchandise consists of dried ginger root unground the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.